UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY DAVID DAVIS**                **PETITIONER**

V.            NO. 4:20-CV-01441-JM-ERE

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**            **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering those documents and making a *de novo* review of the record in this case, the Court approves and adopts the Recommended Disposition in all respects.

IT IS THEREFORE ORDERED THAT:

1. All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus (*Doc. 1*) and Amended Petitions (*Docs. 6 & 9*) are DISMISSED, WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE