UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY DAVID DAVIS**            **PETITIONER**

V.     NO. 4:20-CV-01441-JM-ERE

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**      **RESPONDENT**

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE